Monahan. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

---

FELDMARK v. WEINSTEIN. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Sender Feldmark against Isaac H. Weinstein. No opinion. Motion denied.

---

FERGERSON, Respondent, v. McKINLEY et al., appellants. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Samuel Fergerson against Irving A. McKinley and another.

PER CURIAM. Judgment modified, by striking out the clause therein contained requiring the defendant Nora McKinley to reconvey the property in question to Irving A. McKinley, or, at her option, to this plaintiff, and, as so modified, affirmed, with costs.

---

FINN, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Annie Finn, as administratrix, against the Manhattan Railway Company. J. N. Mills, for appellant. S. C. Baldwin, for respondent. No opinion. Judgment and order affirmed, with costs.

---

FLEWWELLIN, Respondent, v. LENT, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Fanny L. Flewwellin against Smith Lent. No opinion. Motion denied.

---

FLINT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Mary C. Flint against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

FOREMAN, Respondent, v. HOROWITZ et al., Appellants. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Pinkus Foreman against Mary Horowitz and others. A. Van Winkle, for appellants. W. Barnes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

FOREMAN, Respondent, v. HOROWITZ et al., Appellants. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Pinkus Foreman against Mary Horowitz and others. A. Van Winkle, for appellants. W. Barnes, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissents.

---

FORREST, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by James Forrest against William P. Martin. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

FOSTER PUMP WORKS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by the Foster Pump Works against the city of New York. L. H. Porter, for appellant. G. S. Coleman, for respondent. No opinion. Judgment affirmed, with costs.

---

FOWLER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by John Fowler against the New York Central & Hudson River Railroad Company. No opinion. Upon reading and filing the stipulation of the parties, the appeal is dismissed, without costs.

---

FOX, Respondent, v. LENNON, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Frances Fox against James D. Lennon, individually, etc. J. Rowan, for appellant. F. X. Donoghue, for respondent.

PER CURIAM. Interlocutory judgment affirmed, with costs, and demurrer overruled, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

---

FOX, Respondent, v. MANCHESTER, ONTARIO, LIGHT & TRACTION CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Elizabeth S. Fox, as administratrix, etc., against the Manchester, Ontario, Light & Traction Company, J. Pearl Peck, and Robert B. Peck.

PER CURIAM. Judgment and order affirmed, with costs and disbursements, except that said judgment and order are reversed, with costs, and the complaint dismissed, with costs and an equitable proportion of the disbursements as to the appellant J. Pearl Peck. Held, that said J. Pearl Peck at the time of the accident owned no interest in and had no control over the wires which caused the death of the plaintiff's intestate, and therefore is not liable for negligence. The form of the order to be settled by and before Mr. Justice SPRING on two days' notice.

WILLIAMS and STOVER, JJ., vote for reversal as to all the defendants upon the ground that the damages awarded were excessive.

---

FRANK, Respondent, v. ROCHESTER & E. RAPID RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Gustave Frank against the Rochester & Eastern Rapid Railway Company. No opinion. Judgment and order affirmed, with costs.

---

FRENCH, Appellant, v. UNITED STATES CANNING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Albert T. French against the United States Canning Company.

PER CURIAM. Judgment of County Court reversed, with costs, and judgment of the jus-